**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aireka Peterson, a single woman, ) | No. CV-07-0037-PCT-LOA |
| ) | |
| Plaintiff, ) | **NOTICE OF ASSIGNMENT** |
| ) | **AND ORDER** |
| vs. ) | |
| ) | |
| The United States of America, Western ) | |
| Navajo Juvenile Services Center, a ) | |
| privately owned corporate entity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Rule 3.8(a), LRCiv, Rules of Practice, effective December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed. The

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on"Forms" on the left side of the page and then click on and print the appropriate form.

1 party filing the case or removing it to this Court is responsible for serving all parties with the
2 consent forms. Each party must file a completed consent form and certificate of service with
3 the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy
4 by mail or hand delivery upon all parties of record in the case.

5 Any party is free to withhold consent to magistrate judge jurisdiction without
6 adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; Anderson v.
7 Woodcreek Venture Ltd., 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is
8 the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

9 A review of the Court's file indicates that Plaintiff's Complaint was filed on
10 January 5, 2007.  The undersigned's signed a Notice of Assignment and Order on January
11 12, 2007, but for some unknown reason, the Order was never docketed.  Therefore, the Court
12 is issuing a new Notice of Assignment and Order giving Plaintiff  until March 19, 2007
13 within which to make her selection to either consent to magistrate judge jurisdiction or elect
14 to proceed before a United States district judge.  It is unknown if a copy of the appropriate
15 consent form electronically transmitted  to Plaintiff's counsel on January 5, 2007 by the
16 Clerk's office was served with the Complaint per the written instructions from the Clerk.

17 Defendant Western Navajo Juvenile Services Center has filed an Unopposed
18 Motion to Extend time Within Which to Answer on March 1, 2007 (docket #6).  Defendant
19 Western Navajo Juvenile Services shall have until March 19, 2007 within which to make its
20 selection to either consent to magistrate judge jurisdiction or elect to proceed before a United
21 States district judge.

22 Accordingly,

23 **IT IS ORDERED** that Plaintiff shall file on or before **March 19, 2007** her
24 written election  to either consent to magistrate judge jurisdiction or elect to proceed before
25 a United States district judge.

26 **IT IS FURTHER ORDERED** that Plaintiff shall serve upon the Defendants
27 the appropriate consent form provided at the time of the filing of her Complaint  at the time
28 of service of her Complaint upon the Defendants.

1  **IT IS ORDERED** that Defendant Western Navajo Juvenile Services Center
2  shall execute and file within 20 days of the date of this Order either a written consent to the
3  exercise of authority by the magistrate judge or a written election to have the case reassigned
4  to a United States district judge.

5  **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented,
6  shall hereinafter comply with the Rules of Practice for the United States District Court for
7  the District of Arizona, as amended on December 1, 2006.   The District's Rules of Practice
8  may be found on the District Court's internet web page at www.azd.uscourts.gov/.
9  All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro
10 se does not discharge this party's duties to "abide by the rules of the court in which he
11 litigates."  Carter v. Commissioner of Internal Revenue, 784 F.2d 1006, 1008 (9th Cir. 1986).
12 DATED this 5th day of March, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge